

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicholas J. Price
_____

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Orange County Jail
_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other:    Health and Safety Risks.

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Nicholas | J | Price |
|---|---|---|
| First Name | Middle Initial | Last Name |

Nick
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID#: 202401676    NYSID: 15725629H
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Orange County Jail
Current Place of Detention

110 Wells Farm Road
Institutional Address

| Orange County, Goshen | New York | 10924 |
|---|---|---|
| County, City | State | Zip Code |

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  Orange County Jail
  First Name            Last Name            Shield #
  Correctional Facility
  Current Job Title (or other identifying information)
  110 Wells Farm Road
  Current Work Address
  Orange County, Goshen  New York    10924
  County, City            State            Zip Code

Defendant 2:
  First Name            Last Name            Shield #

  Current Job Title (or other identifying information)

  Current Work Address

  County, City            State            Zip Code

Defendant 3:
  First Name            Last Name            Shield #

  Current Job Title (or other identifying information)

  Current Work Address

  County, City            State            Zip Code

Defendant 4:
  First Name            Last Name            Shield #

  Current Job Title (or other identifying information)

  Current Work Address

  County, City            State            Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: A-3 Unit Cell-42, B-4 Unit Cell-7, B-4 Unit

Date(s) of occurrence: 11/13/24, 1/13/25, 1/14/25, 1/19/25

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I have asked for several grievances and each time they have denied them even though they are my right as an inmate to get. The CO's have been opening my cell for people who are not myself therefore putting me at a safety risk. I have also been attacked without provocation which resulted in bodily harm which was two days after said person attacked someone else without provocation as well, because the Jail staff failed to do their job and take precautions knowing he was a safety risk to us all and only after causing me and the other person harm did they take the proper precautions.
I have also been unable to get mental and medical treatment for various issues even after putting multiple request forms in.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have received a busted lip which they gave me saline for as a result of being attacked, my medical issues continue to get worse as a result of maltreatment.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$250,000

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/20/25 | *[signature]* |
|---|---|
| Dated | Plaintiff's Signature |

| Nicholas | J. | Price | |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

110 Wells Farm Road
Prison Address

| Orange County, Goshen | New York | 10924 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 1/20/25

Page 6

Nicholas Price
22940 16 76
110 Wells Farm Road
Goshen NY 10924

RECEIVED
FEB 03 2025
PRO SE OFFICE

Pro SE Intake Unit
500 Pearl Street
New York, NY 10007

WESTCHESTER
30 JAN 2025



